UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOEL AGUERO,

Plaintiff,

-v-

ANITA'S CUISINE LLC, and ANA C PAREJA,

Defendants.

26 Civ. 6336 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On August 27, 2026, this case was automatically referred to mediation. Dkt. 9. The mediation conference was scheduled for November 5, 2026, but the docket does not reflect that this conference was held. Accordingly, no later than November 19, 2026, the parties shall submit a joint letter to the Court describing the status of mediation, including identifying the reason that the November 5, 2026 mediation conference was not held and whether a future mediation conference is scheduled.

SO ORDERED.

Dated: November 12, 2026
New York, New York

JOHN P. CRONAN
United States District Judge